```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

                                          Criminal No. 15-cr-97-01-LM

    v.

<u>Tiffany Ramos</u>

O R D E R

The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted; Final Pretrial is rescheduled to October 27, 2015 at 11:30 AM; Trial is continued to the two-week period beginning November 10, 2015, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                  _____
                                                  Landya B. McCafferty
                                                 United States District Judge

Date: July 29, 2015

cc:   Jonathan R. Saxe, Esq.
      Debra M. Walsh, Esq.
      U.S. Marshal
      U.S. Probation